74,264-02

Court of Criminal Appeals
P.O. Box 12308, Capital Station
Austin, Texas 78711

8-12-2015
RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 17 2015
Abel Acosta, Clerk

Re: Appeal Status

Clerk of said Court:

I am writing to your office to find out the update on my appeal from an judgement out of the 24th Judicial District Court of Goliad County, Trial Court No.

07-8-4372-CR/07-8-4371CR

Please send me any or all information you have on an appeal under afore said cause. Moreover, send me the name and address and number of my appellate counsel.

Appreciate your assistance with this request,

Requestor

Fernando Carabajal
Connally Unit - TDC #1489361
899 FM 632
Kenedy, TX. 78119

Fernando M Carabajal #1489361
Connally Unit
899 FM C32
Kenedy TX 78119